

Bundeskriminalamt

POSTANSCHRIFT Bundeskriminalamt · 65173 Wiesbaden

| | |
|---|---|
| HAUSANSCHRIFT | Thaerstraße 11, 65193 Wiesbaden |
| TEL | +49 (0)611 55-0 |
| AZ | |
| DATUM | 23.06.2017 |

▮▮▮▮▮▮▮▮▮▮

Das Bundeskriminalamt zahlt für Gelder die aus strafbaren Handlungen / Steuerstraftaten stammen und rechtskräftig eingezogen werden konnten, eine Beteiligung in Höhe von 10 % ab einer Einziehungssumme von 50.000.000 € (in Worten: fünfzig Millionen EURO). Dieses gilt, wenn die Unterlagen kausal für die Einziehung waren.

Sie erhalten ab dem Jahre 2018, auf Ihre Anfrage hin, einmal jährlich eine Aufstellung über die rechtskräftig eingezogenen Gelder.

Der Inhalt dieses Schreibens ist vertraulich zu behandeln.

In Vertretung

Henzler
Vizepräsident





Bundeskriminalamt

POSTANSCHRIFT Bundeskriminalamt · 65173 Wiesbaden

HAUSANSCHRIFT Thaerstraße 11, 65193 Wiesbaden
TEL +49 (0)611 55-0
AZ
DATUM 23.06.2017

Dear ▬▬▬▬▬▬▬▬

The Bundeskriminalamt pays a share of 10 per cent for funds derived from criminal activities/ fiscal offences which have been confiscated with final and binding effect and exceed EUR 50,000,000 (in words: fifty million EUR).
This applies if there was a causal relationship between the documents and the confiscation.

Upon your request, you will receive a list of the funds confiscated with final and binding effect once a year as from 2018.

Please treat the information contained in this letter in confidence.
In Vertretung

Henzler
Vizepräsident

