UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No._____ |
| ) | |
| THE FEDERAL REPUBLIC OF GERMANY, ) | |
| AND THE BUNDESKRIMINALAMT OF ) | |
| THE FEDERAL REPUBLIC OF GERMANY, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO FILE ELECTRONICALLY**

Plaintiff John Doe hereby requests permission to file documents electronically in this action. In support, Plaintiff states:

1. I have chosen to file in this manner, without identified counsel, for safety reasons.

2. I have reliable access to the internet.

3. I am able to view and file documents electronically.

4. I am self-represented. As such, I request that my e-filing username and password, which I can communicate to the Clerk of Court via e-mail, be connected to this case.

Dated: July 24, 2023                    Respectfully submitted,

                                        /s/John Doe
                                        John Doe
                                        doevgermanylitigation@protonmail.com

1