UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :
JOHN DOE,                                      :

                                 Plaintiff    :
                                                    :         23-CV-6395 (VSB)
                    -against-               :
                                                    :              **ORDER**
THE FEDERAL REPUBLIC OF GERMANY; :
THE BUNDESKRIMINALAMT OF THE     :
FEDERAL REPUBLIC OF GERMANY,      :
                                                    :
                                  Defendants.  :
------------------------------------------------------------X

**VERNON S. BRODERICK**, United States District Judge:

        Plaintiff, currently proceeding *pro se* and anonymously, has filed two identical actions in this District, this action ("*Doe I*"), and an identically named action under docket number 23-cv-07497 ("*Doe II*"). Plaintiff has filed a request to proceed in forma pauperis in *Doe II*, No. 23-cv-07497, Doc. 5, but not in *Doe I*. Plaintiff has not paid filing fees in either action, and on August 22, 2023, I issued a deficiency warning in *Doe I*. Given Plaintiff's pro se status, and in the interest of judicial economy, I will consider the in forma pauperis application made in *Doe II* in this action.

        The Clerk of Court is respectfully directed to docket the document in *Doe II*, No. 23-cv-07497, Doc. 5, in this action.

SO ORDERED.

Dated:    August 25, 2023
              New York, New York

                                                                         Vernon S. Broderick
                                                                         United States District Judge