```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   JOHN DOE,                                                :
                                                            :
                             Plaintiff                      :
                                                            :    23-CV-6395 (VSB)
                   -against-                                :
                                                            :         ORDER
   THE FEDERAL REPUBLIC OF GERMANY;                         :
   THE BUNDESKRIMINALAMT OF THE                             :
   FEDERAL REPUBLIC OF GERMANY,                             :
                                                            :
                             Defendants.                    :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Plaintiff, proceeding pro se and anonymously, requests to proceed in forma pauperis. (Docs. 10–11.) This request is DENIED.

Plaintiff's in forma pauperis request differs from most in that Plaintiff states that he or she has the money to pay the filing fees, but that "doing so would create a traceable transaction, even if paid in cash" that would put Plaintiff's life at risk. (Doc. 11 at 1.) Pursuant to 28 U.S.C. § 1915(a)(1) "any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor." Thus, the grant of leave to proceed in forma pauperis is conditioned on a showing of poverty and filing of a suitable affidavit, both of which Plaintiff expressly declines to make given his or her security concerns. Neither 28 U.S.C. § 1915(a)(1) nor any case I have located suggests

that the statue authorizes me to waive filing fees when the conditions of the statute are not met. Accordingly, I am without authority to grant the relief Plaintiff seeks.

In the alternative, Plaintiff "request that Transparency International pay on [his or her] behalf." (Doc. 11 at 1.)  I am without authority to direct such an organization to pay a filing fee. If Plaintiff identifies a particular barrier to having another organization pay his or her filing fee, he or she may move for the appropriate relief.  Plaintiff is directed to pay the filing fee by September 18, 2023.

SO ORDERED.

Dated:    August 29, 2023
          New York, New York

_____
Vernon S. Broderick
United States District Judge