UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JOHN DOE,                                                  :
                                                           :
                       Plaintiff,            :
                                                           :
        -against-                                  :   23-CV-6395 (VSB)
                                                           :
                                                           :   **ORDER OF REFERENCE**
                                                           :
THE FEDERAL REPUBLIC OF                                    :
GERMANY; THE                                               :
BUNDESKRIMINALAMT OF THE                                   :
FEDERAL REPUBLIC OF GERMANY,                               :
                                                           :
                       Defendants.           :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated:    September 7, 2023
               New York, New York

                                                                           _____
                                                                   Vernon S. Broderick
                                                                   United States District Judge