John Doe

September 18, 2023

**VIA E-MAIL and CM/ECF**

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York

Re:   *Doe v. The Federal Republic of Germany et al*, Case No. 1:23-cv-06395-VSB-GWG (S.D.N.Y.)

Dear Judge Gorenstein:

I write to respectfully request that you direct the Clerk of Court to issue the two summons documents necessary to proceed with my case.  The filing fee has been paid.

I have attempted to reach the Clerk of Court myself to inquire as to why they have not been issued, but have received no response.  I am unable to call as I must remain anonymous.

Thank you for your consideration.

Signed,

/s/John Doe
John Doe

E-Mail: doevgermanylitigation@protonmail.com
*Plaintiff*