UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN DOE,

                      Plaintiff,                  **23 Civ. No. 6395 (VSB) (GS)**

        -against-                                **ORDER**

THE FEDERAL REPUBLIC OF
GERMANY and THE
BUNDESKRIMINALAMT OF THE
FEDERAL REPUBLIC OF GERMANY,

                      Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        The Court is in receipt of Plaintiff's letter dated February 5, 2024. (Dkt. No. 22). In that letter, Plaintiff indicates his willingness, in response to the Court's January 22, 2024 Opinion and Order (Dkt. No. 21), to provide his identity, physical address, and telephone number to the Court under seal. The Court hereby grants Plaintiff permission to file a declaration containing this information under seal outside the CM/ECF process. (*See* Dkt. No. 15 at 27; Dkt. No. 19 at 10). Separate instructions regarding the sealing process will be emailed to Plaintiff. The Court disregards all other statements in Plaintiff's letter.

        **SO ORDERED.**

DATED:    New York, New York
                 March 1, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge