UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-06395-VSB-GS |
| | ) |
| THE FEDERAL REPUBLIC OF GERMANY, | ) |
| AND THE BUNDESKRIMINALAMT OF | ) |
| THE FEDERAL REPUBLIC OF GERMANY, | ) |
| | ) |
| Defendants. | ) |

## *EX PARTE* MOTION TO CORRECT THE RECORD

Plaintiff John Doe hereby respectfully requests that the Clerk of Court correct the record that it entered erroneously by undertaking the following steps:

1. Change the description of ECF No. 24 to properly reflect the underlying document, which was addressed to the Honorable Vernon Speede Broderick, not "Judge Vincent L. Broderick."

2. Change the filing date of ECF No. 28 to April 28, 2024 to properly reflect that the document was received by the pro_se_filing@nysd.uscourts.gov e-mail account on April 29, 2024 at 2:52 A.M. GMT (April 28, 2024 at 10:52 P.M. EDT). The date filed should therefore be April 28, 2024, even if the date entered is April 30, 2024.

The Court's assistance addressing these issues, at least the second of which is material to deadlines pursuant to Federal Rule of Civil Procedure 72, is appreciated.

Dated: May 1, 2024                   Respectfully submitted,


                                     /s/John Doe
                                     John Doe
                                     doevgermanylitigation@protonmail.com


1

**Exhibit 1**

ECF No. 28 Acknowledgement of Receipt Dated
April 29, 2024 at 2:52 A.M. GMT

## Acknowledgment of Receipt

| | |
|---|---|
| From | Temporary Pro Se Filing NYSD <pro se filing@nysd.uscourts.gov> |
| To | John Doe<doevgermanylitigation@protonmail.com> |
| Date | Monday, April 29th, 2024 at 2:52 AM |

# IMPORTANT INFORMATION, PLEASE REVIEW

Your email has been received by the Pro Se Intake Unit of the United States District Court for the Southern District of New York.  (This is not the United States Bankruptcy Court.)

Documents from pro se litigants that meet the required standards for electronic filing will be filed and will appear on the ECF docket within two business days of receipt (see required standards below).  If you send your document by email and it is accepted for filing, you should not deliver a hard copy version to the court.

Requirements for Filing a New Action by Email:

- Documents must be attached to the email in PDF format, no larger than 10 megabytes;

- Documents must be signed by the filing party by either

    - (a) signing by hand and then scanning the document;

    - (b) signing electronically using a digital signature; or

    - (c) by typing: "/s/Filer's Name" on the signature block;

Fee requirements and instructions:

- **Please note that your complaint will not be reviewed until the court receives payment of the [filing fees](#).**

- Payment must be made within 30 days of the date your case is assigned a docket number. If mailing payment, please send a certified check, bank check, or money order to: **Cashiers Room 260, 500 Pearl Street, New York, NY 10007**.

- Your payment must include the docket number, which you can learn by calling (212) 805 0175.

- If you have not consented to e service, your docket number will also be mailed to you, at the address provided on the complaint, in a form order that will include payment instructions. If you do not make payment within 30 days of the date a docket number is assigned to your case, the action will be dismissed without prejudice.

- If you cannot pay the filing fees and want to request that the court waive the filing fees, you must email an [application to proceed *in forma pauperis*](#).

Filing Documents in an Existing Case by Email:

- Documents must be attached to the email in PDF format, no larger than 10 megabytes;
- The email and attached document must contain the docket number, filer's name, address, and telephone number;
- Documents must be signed by the filing party by either
  - (a) signing by hand and then scanning the document;
  - (b) signing electronically using a digital signature; or
  - (c) by typing: "s/Filer's Name" on the signature block;
- Any additional comments, questions, or other messages in the email will be disregarded;
- Any additional correspondence included in the email will be disregarded.

For any submission, if your document does not appear on the ECF docket within two business days, it has not met the required standards for electronic filing. If so, you must submit your document to the court in paper form by (a) sending your document by mail, or overnight delivery service, to the appropriate courthouse listed below; or (b) delivering your document in person to the appropriate courthouse listed below between the hours of 9:30 AM to 1:30 PM; or (c) depositing your document after hours in the court's night depository box at the 500 Pearl Street, NY, NY courthouse.

United States Courthouse

Pro Se Intake Unit

500 Pearl Street

New York, NY 10007

or

United States Courthouse

Pro Se Intake Unit

300 Quarropas Street

White Plains, NY 10601

Additional resources:

- [Complete filing instructions](#)
- [Consent to accept service of documents electronically](#). Please note that, by consenting to electronic service, you will no longer receive documents by postal mail.
- **For free legal advice, you may make an appointment with the NYLAG Legal Clinic for Pro Se Litigants by filling out [the clinic's intake form on your computer or smartphone.](#) Alternatively, leave a message with 212-659-6190.**