UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>THE FEDERAL REPUBLIC OF GERMANY, and THE BUNDESKRIMINALAMT OF THE FEDERAL REPUBLIC OF GERMANY,<br><br>    Defendants. | Case No.: 1:23-CV-06395-VSB-GS<br><br>ORDER FOR ADMISSION<br><br>PRO HAC VICE |

The motion of Bryan A. Wood, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar of the State of Massachusetts; and that his/her contact information is as follows:

   Applicant's Name: Bryan A. Wood

   Firm Name: Pugsley Wood LLP

   Address: 53 State Street, Suite 500

   City/State/Zip: Boston, MA 02109

   Telephone/Fax: 617-665-7979; 256-270-2667


Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for John Doe in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 29, 2024

_____

United States District/ Magistrate Judge