UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE FEDERAL REPUBLIC OF GERMANY, and THE BUNDESKRIMINALAMT OF THE FEDERAL REPUBLIC OF GERMANY,<br><br>　　　　Defendants. | Civil Action No. 1:23-cv-06395-VSB-GS |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Bryan A. Wood of Pugsley Wood LLP hereby enters an appearance on behalf of John Doe and requests that copies of all papers in this action be served upon the undersigned counsel.

Dated: June 14, 2024

Respectfully submitted,

PUGSLEY WOOD LLP

By: */s/ Bryan A. Wood*
Bryan A. Wood
53 State Street, Suite 500
Boston, MA 02109
Tel: (617) 665-7979
bryan@pugsleywood.com

*Attorneys for Plaintiff*