UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
: 
JOHN DOE,                                              :       23 Civ. 6395 (VSB) (GS)
                                                       :
                Plaintiff,                             :       ORDER
                                                       :
      - against -                                     :
                                                       :
THE FEDERAL REPUBLIC OF GERMANY                        :
AND THE BUNDESKRIMINALAMT OF                           :
THE FEDERAL REPUBLIC OF GERMANY,                       :
                                                       :
                Defendants.                            :
                                                       :
-----------------------------------------------------------------------x

**GARY STEIN, United States Magistrate Judge:**

      The open motion at Docket No. 44 is held in abeyance pending Judge Broderick's ruling on the Court's April 15, 2024 Report & Recommendation, recommending that this action be dismissed. (See Dkt. No. 27).

      SO ORDERED

Dated:    October 22, 2025
            New York, New York

                                                                  _____
                                                                    GARY STEIN
                                                                    United States Magistrate Judge